■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBIN ALMANZAR, Appellant. [978 NYS2d 845]—

The information was not jurisdictionally defective. Allegations that defendant was behind the steering wheel of a car with its motor running satisfied the operation element of the offense charged (*see People v Alamo*, 34 NY2d 453 [1974]). Concur—Tom, J.P., Acosta, Andrias, Freedman and Feinman, JJ.